IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVERETT GRISSOM

      Plaintiff,                  No. 09-cv-2118 KJN P

    vs.

KATHLINE DICKINSON, et al.

      Defendant.            ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action under 42 U.S.C. § 1983. By order of February 16, 2010, the court gave plaintiff the option of (1) proceeding immediately with his well pled claims against defendants Mitchell and Knowles and foregoing any claims against defendants Guerrero and Dickinson, or (2) delaying service of the original complaint and attempting to state cognizable claims against Guerrero and Dickinson by submitting an amended complaint. See Dkt. No. 14. Plaintiff appears to have chosen the latter option by filing a motion for additional time in which to file an amended complaint. See Dkt. No. 18. Good cause appearing, that motion will be granted. Plaintiff will have up to and including April 26, 2010, in which to file an amended complaint.

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that the motion for an extension of time
2  (Dkt. No. 18) is granted.  Plaintiff has up to and including April 26, 2010, in which to file an
3  amended complaint.
4  DATED: March 25, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gris2118.eot