IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVERETT GRISSOM,

    Plaintiff,          No. 2:09-cv-2118 KJN P

    vs.

GUERRERO, et al.,

    Defendants.      <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding without counsel.  On February 16, 2011, this court ordered all discovery stayed in light of the court's recommendation that this action be dismissed for failure to state a civil rights claim.  On February 16, 2011, defendant Mitchell filed a joinder in defendant Guerrero's motion for protective order seeking a stay of discovery.  Plaintiff filed an opposition on March 16, 2011.  Because the court issued a stay of all discovery pending resolution of the findings and recommendations, defendant's joinder is unnecessary, and plaintiff's opposition is disregarded.  All defendants are relieved of their obligation to respond to pending discovery requests.  IT IS SO ORDERED.

DATED: March 29, 2011

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

gris2118.sty